IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DANIEL HONAKER,

                  Plaintiff,

v.                                          CIVIL ACTION NO.   5:18-cv-01376

RALPH W. JUSTUS, et al.,

                  Defendants.

**ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**11/28/18**    Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**12/05/18**    Last day for Rule 26(f) meeting.

**12/12/18**    Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the Court's website.   See LR Civ P 16.1.

**01/09/19**    Scheduling conference at **9:30 a.m.**, in **Beckley, West Virginia**, before the undersigned, unless cancelled.  If held, lead counsel shall appear and be prepared to discuss the following:

    (a)    the discovery to be completed and the amount of time necessary for its completion;
    (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
    (c)    the possibility of entering into stipulations regarding issues for trial;
    (d)    the possibility of obtaining admissions regarding facts and documents; and

   (e)  other matters that will assist the parties in reaching a final resolution of this matter.

**01/16/19**  Entry of Scheduling Order.

**01/23/19**  Last day to serve FR Civ P 26(a)(1) initial disclosures pre-discovery.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

       ENTER:  November 7, 2018

_signature: Irene C. Berger_
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA